

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | No.: 2:25-CR- 127 |
| JORDAN GARDNER ) | JUDGE CORKER/WYRICK |
| also known as "Jorden Gardner", ) | SEALED |
| ) | |

# INDICTMENT

## COUNT ONE

The Grand Jury charges that, from on or about November 2024 to December 9, 2025, in the Eastern District of Tennessee and elsewhere, the defendant, JORDAN GARDNER, also known as "Jorden Gardner", did knowingly, intentionally, and without authority, combine, conspire, confederate and agree with diverse others, both known and unknown to the Grand Jury, to engage in a conspiracy against the United States of America to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)]

## COUNT TWO

The Grand Jury further charges that, from on or about November 2024 to December 9, 2025, in the Eastern District of Tennessee and elsewhere, the defendant, JORDAN GARDNER, also known as "Jorden Gardner", did knowingly, intentionally, and without authority, combine, conspire, confederate and agree with diverse others, both known and unknown to the Grand Jury,

to engage in a conspiracy against the United States of America to distribute a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide), a Schedule II controlled substance.

[21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C)]

## COUNT THREE

The Grand Jury further charges that on or about June 12, 2025, within the Eastern District of Tennessee, the defendant, JORDAN GARDNER, also known as "Jorden Gardner" did knowingly possess a firearm in furtherance of the drug trafficking offense as charged in Count One, in violation of Title 21, United States Code, Section 841 (a)(1), which is hereby incorporated by reference.

[18 U.S.C. § 924(c)(1)(A)]

## COUNT FOUR

The Grand Jury further charges that on or about June 12, 2025, in the Eastern District of Tennessee, the defendant, JORDAN GARDNER, also known as "Jorden Gardner", knowing that he had been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, two loaded firearms, namely, a Sturm, Ruger & Co., Inc., model P89, 9 millimeter, pistol and a Pietro Beretta, model 9000S, .40 S&W caliber, pistol, which had been shipped and transported in interstate commerce.

[18 U.S.C. § 922(g)(1)]

A TRUE BILL:

███████████████████

FOREPERSON

APPROVED:

FRANCIS M. HAMILTON, III
United States Attorney

By: *[signature]*
ANCHARLENE D. DAVIS
Special Assistant United States Attorney