# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:25-CR-00127-DCLC-CRW |
| ) | |
| JORDAN GARDNER ) | |
|    also known as "Jorden Gardner" ) | |

## MOTION TO CORRECT INDICTMENT

Comes the defendant, Jordan Gardner, by and through counsel, and moves the Court to correct the Indictment to reflect the defendant's correct first name of "Jorden" not "Jordan," as the charging instrument is used for docketing, etc. and the correct first name needs to be reflected for this purpose.

          RESPECTFULLY SUBMITTED:

          FEDERAL DEFENDER SERVICES OF
          EASTERN TENNESSEE, INC.

BY:    s/ *Nikki C. Pierce*
         Nikki C. Pierce
         BPR No. 018181
         Federal Defender Services
         219 West Depot Street, Suite 2
         Greeneville, TN  37743
         (423) 636-1301